# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

IN THE MATTER OF:

John Christopher Pitt
Vicki Michelle Pitt
debtors

Case No.: BK 17-05091-DSC-13
Date of Filing: 11/30/2017

## MOTION TO SEVER DEBTORS BANKRUPTCY CASE TO DISMISS ONE DEBTOR, NAMELY VICKI MICHELLE PITT

Comes now the debtors, John Christopher Pitt and Vickie Michelle Pitt, by and through the undersigned and requests that this Honorable Court enter an order severing the debtor Vicki Michelle Pitt, from the instant case, and further enter an order dismissing the debtor Vicki Michelle Pitt, as a chapter 13 debtor, and as grounds therefore states as follows:

1. The debtors are now divorced.

2. The debtor John Pitts has been paying the majority of the payments in this case.

3. The debtor Vicki Pitts has been paying the debtor John Pitts $200.00 per month to go toward the debts on this case.

4. The debtor Vicki Pitts wishes to continue paying John Pitts $200.00 a month toward this case since part of the tax debt is hers but has had hardships necessitating her filing a new case.

5. The debtor Vicki Pitts has been in a wreck, has had someone break into her car and steal her beauty equipment (approx. $1000.00), she's had mold she's had to repair in her house, she had a contractor take some money that she had allocated for household repairs that he did not complete had an animal get sick and incurred over $2000 in vet bills before it died, , the transmission failed in her car, necessitating car repairs being done on another car so she had transportation, the gutters fell off her house, and so forth and she cannot climb out of the hole.

6. Any debts that are not John Pitts, John Pitts will file an objection to, if he does not want to pay them through this plan.

_Vicki M. Pitt_
Vicki Michelle Pitt

The above debtor declares under penalty of perjury that the foregoing is true and correct pursuant to 28 U. S. C. 1746. Dated February 28, 2019

WHEREFORE, PREMISES CONSIDERED, the undersigned respectfully request that this debtor court case be severed and the debtor, Vicki Michelle Pitts, be dismissed.

/s/ *Lois Beasley-Carlisle*
Lois Beasley-Carlisle
/s/ *Terry L. Carlisle*
Terry L. Carlisle, Esq.
CARLISLE & CARLISLE, P.C.

1301 East Lake Blvd.
P.O. Box 170767
Tarrant, Al. 35217-0767
205-841-4063
C: 205-283-8749
carlislelawportal@gmail.com

CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of this pleading on the Creditors this date of February 28, 2019 via ECF/Alnb if they are registered and via first mail sufficient postage prepaid to the address on the proof of claim.

/s/*Lois Beasley-Carlisle*
Lois Beasley-Carlisle