IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JOHN CHRISTOPHER PITT
VICKI MICHELLE PITT         CASE NO.: bk-17-05091-DSC-13
Debtors.         Date Of Filing: 11/30/2017

NOTICE OF WITHDRAWAL OF DOCUMENT #49

COMES NOW, Debtors in the above-styled cause, by and through undersigned attorney of record, and hereby requests this Honorable Court withdraw Document #49 previously filed as the Motion to Sever Debtors Bankruptcy Case to Dismiss One Debtor, namely Vicki Michelle Pitt. As grounds, undersigned would state as follows:

1. The above-referenced Motion was filed under the wrong docketing entry.
2. Undersigned will file document under the correct docketing entry.

WHEREFORE, PREMISES CONSDIERED, undersigned respectfully requests that Document #49 entitled Motion to Sever Debtors Bankruptcy Case to Dismiss One Debtor, namely Vicki Michelle Pitt be withdrawn so that the document may be properly docketed.

/s/Lois R. Beasley-Carlisle
Attorney for Debtors
P.O. Bx 170767
Tarrant, AL 35217-0767
(205) 841-4063

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing on the trustee via electronic service this date of Friday, Friday, March 01, 2019.

*/s/Lois Beasley-Carlisle*
Lois R. Beasley-Carlisle